**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Neuro and Cardiac Technologies, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>Neuronetics, Inc.,<br><br>    *Defendant*. | Civil Action No. 19-00167 |

## ENTRY OF APPEARANCE

**TO THE CLERK OF THE COURT:**

    Kindly enter the appearance of Edward F. Behm, Jr., Esquire, as counsel on behalf of Plaintiff, Neuro and Cardiac Technologies, LLC, in the above matter.

Dated: January 11, 2018

Respectfully submitted,

*/s/ Edward F. Behm, Jr.*
Edward F. Behm, Jr. (PA ID No. 90574)
DILWORTH PAXSON LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Telephone:  215-575-7000
Facsimile:  215-575-7200
E-Mail: ebehm@dilworthlaw.com

*Counsel For Plaintiff*
*Neuro and Cardiac Technologies, LLC*