IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NEURO AND CARDIAC TECHNOLOGIES, LLC, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 19-0167 |
| | : | |
| NEURONETICS, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this _5th___ day of December, 2019, upon consideration of the briefs and materials submitted by the parties, and after a *Markman* hearing on patent claim construction, it is hereby **ORDERED** that the disputed term "primary coil" in the claims of United States Patent No. 6,366,814 (the '814 Patent) shall be construed to have the definition herein assigned to it. The Court concludes that "primary coil" means a loop shaped inductor that is adapted to be coupled to an implanted lead receiver".

**IT IS FUTHER ORDERED** that the Court will not address the issue of invalidity at the present moment.

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.