**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NEURO AND CARDIAC TECHNOLOGIES, LLC | ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | Civil Action No. 2:19cv-00167-PBT |
| NEURONETICS, INC. | ) ) | |
| Defendant | ) ) | |

**JOINT MOTION FOR A STIPULATED DISMISSAL WITH PREJUDICE**

Neuro and Cardiac Technologies, LLC ("NCT") and Neuronetics, Inc. ("Neuronetics") jointly move this Court for a dismissal with prejudice based on noninfringement and entry of judgment;

WHEREAS, NCT brought this action asserting, *inter alia*, that Neuronetics' sale of the NeuroStar infringed U.S. Patent No. 6,366,814 ('814 patent);

WHEREAS, Neuronetics denied infringement and asserted that the '814 patent claims were invalid;

WHEREAS, the Court construed the claim term "primary coil" to mean "a loop shaped inductor that is adapted to be coupled to an implanted lead receiver" (D.I. 41);

NCT and Neuronetics stipulate and agree:

1.     Under the Court's construction of "primary coil," Neuronetics does not infringe any claim of the '814 patent.

2.     Neuronetics and NCT shall each bear their own costs and attorney fees associated with this action.

3.     NCT shall not appeal the judgment and/or the Court's claim construction ruling.

4.      Neuronetics and NCT jointly move this Court to dismiss this case with prejudice in favor

of Neuronetics because there is no infringement under the Court's claim construction and enter

judgment in favor of Neuronetics as set forth in the attached.

IT IS HEREBY STIPULATED AND AGREED BY and between the parties, that this

action shall be dismissed with prejudice, each party to bear its own costs and fees.

| | |
|---|---|
| **NELSON BUMGARDNER** | **FLASTER GREENBERG P.C.** |
| **ALBRITTON P.C.** | |
|   /s/ Eric M. Albritton | /s/ Michael J. Bonella |
| **Eric M. Albritton** | **Michael J. Bonella** |
| Texas State BAR No. 00790215 | PA BAR No. 79175 |
| **Andrew J. Wright** | **Michael F. Piscitelli** |
| Texas State BAR No. 24063927 | PA BAR No. 309089 |
| **NELSON BUMGARDNER** | **FLASTER GREENBERG P.C.** |
| **ALBRITTON P.C.** | 1850 Market Street, Suite 1035 |
| 3131 West 7th Street, Suite 300 | Philadelphia, PA 19103 |
| Fort Worth, Texas 76107 | (215) 279-9393 (Telephone) |
| (817) 377-9111 (Telephone) | (215) 279-9394 (Facsimile) |
| (903) 758-7397 (Facsimile) | Michael.Bonella@flastergreenberg.com |
| ema@nbafirm.com | Michael.Piscitelli@flastergreenberg.com |
| andrew@nbafirm.com | |

**Thomas S. Biemer**                            *Counsel for Defendant*
PA Bar No. 62644                                 *Neuronetics, Inc.*
Dilsworth Paxon LLP
1500 Market Street, Ste 3500E
Philadelphia, PA 19102
Tbiemer@dilsworthlaw.com
*Counsel for Plaintiff*
*Neuro and Cardiac Technologies, LLC*