IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEURO AND CARDIAC TECHNOLOGIES, LLC )<br><br>*Plaintiff,* )<br><br>v. )<br><br>NEURONETICS, INC. )<br><br>Defendant ) | Civil Action No. 2:19cv-00167-PBT |

FILED
FEB 21 2020
KATE B̶A̶R̶K̶M̶A̶N̶ Clerk
By_____ Dep. Clerk

### ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff Neuro and Cardiac Technologies, LLC and Defendant Neuronetics, Inc.'s Joint Motion for Stipulation of Dismissal. The Court having considered the same, is of the opinion this matter should be dismissed with prejudice because Neuronetics does not infringe U.S. Patent No. 6,366,814 with each party bearing their own costs and attorney fees.

IT IS THEREFORE ORDERED that the parties Joint Motion for Stipulated Dismissal is granted, all claims in this matter are dismissed with prejudice, each party shall bear its own costs and attorneys' fees, and Neuro and Cardiac Technologies, LLC shall not appeal the judgment and/or the Court's claim construction per the parties stipulation.

SO ORDERED this 21st day of Feb. 2020

*Petrese B. Tucker*
**Honorable Petrese B. Tucker**

ENT'D FEB 24 2020

3