IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NEURO AND CARDIAC )
TECHNOLOGIES, LLC )
)
)
  *Plaintiff*, )
)
)
v. ) Civil Action No. 2:19cv-00167-PBT
)
NEURONETICS, INC. )
)
  Defendant )

**FILED**
FEB 21 2020
KATE BARKMAN, Clerk
By _____ Dep. Clerk

**Judgment**

IT IS ORDERED that Judgment is entered in favor of Defendant Neuronetics, Inc. and against Plaintiff Neuro and Cardiac Technologies, LLC based on the Court's Order dismissing this case with prejudice because Neuronetics does not infringe asserted U.S. Patent No. 6,366,814.

SO ORDERED this 21st day of Feb 2020

_____
**Honorable Petrese B. Tucker**

ENT'D FEB 24 2020

4